IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                    CASE NO. 06-CV-4066

SUSAN V. HARTNESS,
aka Susan V. Schaal and
LARRY HARTNESS,
HER HUSBAND                                                                DEFENDANTS

## ORDER OF DISTRIBUTION

On April 11, 2007, at 10:00 a.m., at the front entrance of the Howard County Courthouse,

Nashville, Arkansas, the United States Marshal offered for sale the lands described in the Judgment

entered February 15, 2007, in the above-styled case.  At such sale, Gary Hughes was the highest and

best bidder for the property, and the property was then sold to the said Gary Hughes, Jerry D.

Bowden and Carl H. Freel, III.

On or about April 11, 2007, the United States Marshal received Check No. 572, in the

amount of $48,000.00, from Gary Hughes for payment in full for the property.  In accordance with

the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $46,967.00 to United

States Department of Agriculture, Farm Service Agency and $1,033.00 to the United States Marshals

Service.

**IT IS SO ORDERED**, this 15th day of May, 2007.

_____/s/Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge